UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MALAWNA MECHAM and DONALD MECHAM,<br><br>    Plaintiffs,<br><br>vs.<br><br>KERRY JEPSEN, M.D., and BEAR LAKE MEMORIAL HOSPITAL,,<br><br>    Defendants. | Case No. 4:17-cv-00117-CWD<br><br>**JUDGMENT** |

**JUDGMENT IS ENTERED AS FOLLOWS**:

Judgment is entered as to all claims against defendant, Bear Lake Memorial Hospital, which are hereby dismissed with prejudice.

DATED: November 6, 2017

_____

Honorable Candy W. Dale
United States Magistrate Judge